# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| CARLOS DE'ANDRE PARHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGIA DEPARTMENT OF CORRECTIONS, *et al*, | ) ) | CV416-248 |
| | ) | |
| Defendants. | ) | |

# ORDER

Carlos Parham is a prisoner housed at Washington State Prison in Washington County, Georgia. Doc. 1. He brings this 42 U.S.C. § 1983 action against the Georgia Department of Corrections, Roderick Daniels, C.E.R.T. Unit Manager Holloman, and Officers White, Ingram, and Hendrix, over an incident at the prison. *Id.* at 5-6.

Because his claims arise from events that took place in Washington County and defendants are all located there, the proper forum for this case is the United States District Court for the Middle District of Georgia. 28 U.S.C. § 1391(b) (venue); 28 U.S.C. § 1406 (district courts may dismiss or transfer cases suffering venue defects); 28 U.S.C. § 90. The Clerk is **DIRECTED** to transfer this case to the Middle District for

all further proceedings.

**SO ORDERED**, this 3rd day of October, 2016.

*/s/ J.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA